UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAIG ALI ABDALLA YAGOUB,<br><br>                                    Petitioner,<br><br>v.<br><br>PATRICK DIVVER, Regional Director Enforcement and Removal Operations, et al.,<br><br>                                    Respondents. | Case No.:  26-CV-2233 JLS (JLB)<br><br>**ORDER REQUIRING BOND HEARING TRANSCRIPT** |

Presently before the Court is Petitioner Traig Ali Abdalla Yagoub's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  After reviewing the briefing, the Court requires the transcript from the March 17, 2026, bond hearing before Immigration Judge Scott Simpson.  Respondents **SHALL** submit the bond hearing transcript by May 27, 2026.

**IT IS SO ORDERED.**

Dated:  May 6, 2026

Hon. Janis L. Sammartino
United States District Judge

1

26-CV-2233 JLS (JLB)