

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Traig Ali Abdalla Yagoub

Plaintiff,

V.

see attached

Defendant.

Civil Action No.   26-cv-02233-JLS-JLB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the Petition (ECF No. 1). Respondents are ordered to release Petitioner from custody within forty-eight (48) hours under appropriate conditions of supervision set forth in 8 C.F.R. § 241.5. The Court orders that Respondents may not re-detain Petitioner without compliance with 8 C.F.R. § 241.4(l)(1), 8 C.F.R. § 241.13(i), and 8 U.S.C. § 1231.

**Date:**        6/29/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**  26-cv-02233-JLS-JLB

Respondent
Patrick Divver
Regional Director Enforcement and Removal Operations, San Diego Field Office

Respondent
Todd M Lyons
Acting Director of U.S. Immigration Customs Enforcement

Respondent
Kristi Noen
Secretary of the Department of Homeland Security